UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-47(1)(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN DOHMEN,<br><br>Defendant. | MOTION TO CLARIFY TERM OF SUPERVISED RELEASE AND FOR EARLY DISCHARGE |

Defendant Shawn Dohmen moves for an Order clarifying that his supervised release term is not tolled during the period of his imprisonment on a foreign conviction. Mr. Dohmen is currently serving a sentence on a foreign conviction in Belgium that occurred before he was sentenced by this Court. It appears that the Probation Office believes that Mr. Dohmen's supervised release term is not running while he is in custody. Because imprisonment on a foreign conviction does not toll the running of a term of supervised release, Mr. Dohmen's release term should expire exactly three years after he was released from federal custody, in accordance with 18 U.S.C § 3624(e). In addition, Mr. Dohmen moves, pursuant to 18 U.S.C. § 3583(e), for early discharge from supervision.

In support of this motion, Mr. Dohmen states as follows:

1. Shawn Dohmen plead guilty to distribution of MDMA ("Ecstacy"). On March 29, 2001, Mr. Dohmen appeared before this Court for sentencing. The Court granted the government's motion for a downward departure under U.S.S.G. § 5K1.1 and sentenced Mr. Dohmen to 30 months in prison, followed by a three year term of

supervised release. The Court recommended that Mr. Dohmen serve his sentence in the intensive confinement program.

2. On January 2, 2003, Mr. Dohman completed his prison sentence and began his term of supervised release. On January 6, 2003, Mr. Dohmen was arrested at the request of Belgium for extradition to that country. Mr. Dohmen had been arrested in Belgium in 1999 on drug charges. In February 2000, he was convicted in absentia in Belgium and sentenced to serve 9 years in prison. On March 20, 2003, a federal Magistrate Judge in the United States District Court for the District of Hawaii ordered Mr. Dohmen extradited to Belgium to serve his sentence. Mr. Dohmen's Belgian sentence was subsequently reduced to 7 years.

3. Mr. Dohmen has been in continuous custody since the date of his arrest on January 6, 2003. Although he is hopeful that he will be released sometime this year, his actual release date is unknown, and it is possible he will be required to serve his sentence to completion.

4. Mr. Dohmen's term of supervised release began upon his release from his federal prison sentence on January 2, 2003. Because his imprisonment on a foreign conviction does not act to toll his supervised release, that supervised release term will expire on January 1, 2006.

5. In addition, because the chronology of events has conspired to impose a far harsher punishment on Mr. Dohmen than this Court intended, it should exercise its discretion to discharge Mr. Dohmen from supervised release before its expiration.

In further support of this motion, Mr. Dohmen has submitted a memorandum of law.

Dated: May 2, 2005

Respectfully submitted,

s/ ROBERT D. RICHMAN _____

ROBERT D. RICHMAN
Attorney ID No. 226142
Attorney for Defendant

MARGULIES & RICHMAN plc
2520 Park Avenue South
Minneapolis, MN 55404
(612) 872-4900