# Award of Excellence

awarded to:

SHAWN DOHMEN

**DRUG EDUCATION - PERFECT SCORE**

*JULY 30, 2002*

*Date*

Rebecca Pietrasinski

*Signed*

Ce

All Pha

JULY 30, 200

Date

# Certificate of Achievement

awarded to:

## SHAWN DOHMEN

**All Phases of the Drug Education Program (40 Hours)**

JULY 30, 2002

Date

Rebecca Putrasinski

Signed

# Psychology Treatment Award

awarded to:

## Shawn Dohmen

**This Award is presented to individuals who have demonstrated exception growth in cognitive, social and interpersonal problem solving skills.**

*JULY 30, 2002*
*Date*

Rebecca Putiasinska
*Signed*

# Certificate of Recognition

July 30, 2002

Intensive Confinement Center

Lompoc, California

This Certificate is Awarded to:

## Shawn Dohmen

In Recognition For His Contribution To The Educational Process as an

## Outstanding Tutor

W. Hurd, M.A.
Teacher

J. Gaddis, Ph.D.
Supervisor of Education

# Certificate of Achievement

DEPARTMENT OF JUSTICE

July 30, 2002

Administrator's Award

Intensive Confinement Center

Lompoc, California

Shawn Dohm

FEDERAL BUREAU OF PRISONS

Cameron Lindsay, Warden

Hattie L. Small, ICC Administrator

# Certificate of Graduation

DEPARTMENT OF JUSTICE

July 30, 2002

Intensive Confinement Center

Lompoc, California

FEDERAL BUREAU OF PRISONS

Shawn Dohmen

Cameron Lindsay, Warden

Hattie L. Small, ICC Administrator

**ALLAN HANCOCK COLLEGE**

# Award of Completion

This is to certify that

# Shay[illegible]men

has successfully completed the

## Industrial Maintenance/Sanitation Program

including 100 hours of both theory and practicum in facilities maintenance anc
sanitation technician training

Given in Lompoc, California, this 23rd day of July
two thousand two.

John H. Stark, Ph.D.
Instructor

Roger Welt, Ed.D.
Executive Dean, Off-Campus Programs