UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-47(01) (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| SHAWN DOHMEN, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on May 2, 2005, I caused the following documents to be filed electronically with the clerk of court through ECF:

Motion to Clarify Term of Supervised Release and for Early Discharge;
Memorandum in Support of Motion to Clarify Term of Supervised Release or for Early Discharge.

ECF will send notice of electronic filing to the following: Jeffrey Paulsen

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

None

May 2, 2005

s/ Robert D. Richman

ROBERT D. RICHMAN
Attorney ID No. 0226142
Attorney for Defendant

Margulies & Richman plc
2520 Park Avenue South
Minneapolis, MN 55404
(612) 872-4900