UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-47(1)(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN MICHAEL DOHMEN,<br><br>Defendant. | RESPONSE OF THE UNITED STATES TO DEFENDANT DOHMEN'S MOTION TO CLARIFY TERM OF SUPERVISED RELEASE AND FOR EARLY DISCHARGE |

Defendant Shawn Dohmen has filed a motion to clarify that his supervised release term began on January 2, 2003 and is not tolled during the time he is serving a criminal sentence in Belgium.

This motion is moot because the Probation Office has agreed to the motion in light of the Supreme Court's recent decision in Small v. United States, 125 S. Ct. 1752 (April 26, 2005), which held that foreign convictions are not included within the definition of the term "conviction" as used in the felon in possession statute, 18 U.S.C. § 922(g)(1). It follows that foreign convictions do not operate to toll a period of supervised release under 18 U.S.C. § 3624(e), which provides that a term of supervised release is tolled "during any period in which the person is imprisoned in connection with a conviction for a Federal, State, or local crime . . .." See attached letter from Chief U.S. Probation Officer Kevin

Lowry.

Dohmen also moves for early discharge from supervised release. The United States opposes this motion because no good cause has been shown. The motion is likely to become moot in any event. Dohmen's three-year period of supervised release will expire January 2, 2006. He may still be serving his Belgium sentence at that time. Even if he has been released by then, he will probably only have a few months remaining on supervised release. It is a good idea for him to have the supervision of a probation officer during his transition back into society.

Respectfully submitted,

Dated: May 17, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332