UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-47(1)(JRT)

UNITED STATES OF AMERICA, )
)
Plaintiff, ) CERTIFICATE OF SERVICE
)
v. )
)
SHAWN MICHAEL DOHMEN, )
)
Defendant. )

I hereby certify that on May 17, 2005, I caused the following document

**RESPONSE OF THE UNITED STATES TO DEFENDANT DOHMEN'S MOTION TO CLARIFY TERM OF SUPERVISED RELEASE AND FOR EARLY DISCHARGE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

Robert Richman, Esq.

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first-class mail, postage prepaid, to the following non-ECF participants:

The undersigned certifies the attached document complies with the type-volume limitation of the Local Rules for the united States District Court for the District of Minnesota. The document was prepared using WordPerfect 9.

THOMAS B. HEFFELFINGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant U.S. Attorney
Attorney ID Number 144332