**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
PROBATION OFFICE

KEVIN D. LOWRY
Chief Probation Officer
300 S 4th St., Ste. 406
Minneapolis MN 55415-1320
612-664-5400
FAX 612-664-5350

316 N Robert St., Ste. 600
St. Paul MN 55101-1465
651-848-1250
FAX 651-848-1255

P.O. Box 1159
Bemidji, MN 56619
888-766-2110
FAX 218-333-0102

515 W 1st St., Ste. 206
Duluth MN 55802-1302
218-529-3550
FAX 218-529-3546

118 S Mill St., Ste. 304
Fergus Falls MN 56537-2576
218-739-0041 or
612-664-5410
FAX 218-739-0043

May 16, 2005

Reply to: **Minneapolis**

Mr. Jeffrey S. Paulsen
Assistant U.S. Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: **United States v. Shawn Dohmen**
Criminal No. 0:00CR00047(001) (JRT/FLN)

Dear Mr. Paulsen:

This letter is in response to your correspondence of May 3, 2005, asking for my position on Shawn Dohmen's motion to have his term of supervised release run while he serves a prison sentence in Belgium for a foreign conviction. You also ask for my position on whether Mr. Dohmen's term of supervised release should be terminated early due to his rehabilitation.

After reviewing the language of 18 U.S.C. § 3624(e) and the Supreme Court's decision in Small v. U.S., it is my belief that Mr. Dohmen's three-year term of supervised release should not be tolled while he serves a term of imprisonment on the foreign conviction. Therefore, we will change our records to indicate that Mr. Dohmen's supervised release term commenced on January 2, 2003.

As to the second motion to have Mr. Dohmen's term supervised release terminated early, I take no position on the issue as I have not met him and, therefore, cannot make an assessment as to any rehabilitation on his part.

Sincerely,

Kevin D. Lowry
Chief U.S. Probation Officer

cc: The Honorable John R. Tunheim